IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY SHEETS and NETTIA SHEETS, | CASE NO. CV F 09-1030 LJO DLB |
| Plaintiffs, | **ORDER TO DISMISS CASE FOR VIOLATION OF COURT ORDER** |
| vs. | |
| DHI MORTGAGE COMPANY, LTD., et al., | |
| Defendants. | |

This Court's July 20, 2009 order ("July 20 order") dismissed this action with prejudice against defendant DHI Mortgage Company, Ltd. ("DHI Mortgage"). The clerk entered a July 20, 2009 judgment in favor DHI Mortgage against plaintiffs Larry Sheets and Nettia Sheets (collectively "plaintiffs"). The July 20 order required plaintiffs, no later than July 30, 2009, to file papers to show cause why this Court should not dismiss this action against defendants Chicago Title Company, Mortgage Electronic Registration Systems, Indymac Federal Bank, FSB, and Quality Loan Service Corp., and included the following admonishment:

> **This Court ADMONISHES Plaintiffs that this Court will dismiss this action against defendants Chicago Title Company, Mortgage Electronic Registration Systems, Indymac Bank FSB, and Quality Loan Service Corp if they fail to comply with this order and fail to file timely papers to show cause why this Court should not dismiss these defendants.**

July 20 Order, 16:4-7 (emphasis in original). Plaintiffs failed to respond to this Court's order.

For violation of this Court's July 20 order, this Court:

1. DISMISSES without prejudice this action against non-appearing defendants Chicago Title Company, Mortgage Electronic Registration Systems, Indymac Federal Bank, FSB,, and Quality Loan Service Corp.; and

2. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   July 31, 2009**               /s/ Lawrence J. O'Neill
                                                                     UNITED STATES DISTRICT JUDGE